```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANKIE MONEGRO, *on behalf of himself and*
*all others similarly situated*,

        Plaintiff,    **ORDER**

  -v-    21-CV-1754 (AT) (JLC)

UNIBARNS TRADING INC.,

        Defendant.
------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

  By Order of Reference dated August 16, 2021 (Dkt. No. 17), Judge Torres referred this case to me for settlement.  The parties are directed to advise the Court within 30 days when they wish to schedule the settlement conference.  The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties.  Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court.  In light of the COVID-19 pandemic, any settlement conference in the foreseeable future will likely be conducted telephonically.  Using the Court's conference line system, the Court will begin the settlement conference in joint session with all parties on the line before

breaking into private session and speaking to the parties individually, as the technology the Court is using can facilitate breakout sessions with each side.

However, if all parties wish to have the Court provide a video platform (Microsoft Teams or Zoom) and not simply proceed telephonically, they may so advise the Court and the Court will then schedule a conference to discuss logistics. Alternatively, if all parties wish to proceed in person, they may write to the Court requesting an in-person conference. An in-person conference would be permitted only if all participants in the conference (attorneys, clients, and any interpreters) comply with the Court's most recent COVID-19 Protocol (available at https://www.nysd.uscourts.gov/covid-19-coronavirus). For avoidance of doubt, all parties must agree to proceeding by video conference or an in-person conference and make a joint application for the method that is preferred.

**SO ORDERED.**

Dated: August 16, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge