

NARICHA JOSEPH
MARK ROZENBERG ■
KENNETH WILLARD ▲ ■

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 12, 2021

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

   Re: **Monegro v. Unibarns Trading Inc.**
      Case #: 1:21-cv-01754-AT

Dear Judge Torres:

  We represent Plaintiff in the above matter and write jointly with counsel for Defendant ("the Parties") to provide a status update and to request an adjournment of the September 16, 2021, Case Management Conference.

  This matter has been referred to Magistrate Judge James L. Cott for s settlement conference. Per Judge Cott's Order of August 16, 2021, the Parties will provide mutually convenient dates on which to hold the conference. Nevertheless, negotiations regarding the resolution of this matter by the Parties are ongoing.

  The Parties respectfully request that the Case Management Conference currently scheduled for September 16, 2021, be adjourned as it coincides with a religious holiday. The Parties further request that the Conference be rescheduled after September to avoid conflicts with other religious holidays taking place this month.

GRANTED. The case management conference scheduled for September 16, 2021, is ADJOURNED to **October 6, 2021**, at **10:40 a.m.** By **September 30, 2021**, the parties shall file a joint status letter.

SO ORDERED.

Dated: September 13, 2021
   New York, New York

               ANALISA TORRES
             United States District Judge